UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

**Clerk's Minutes**

**Before the Honorable Lorenzo F. Garcia**

CASE NO.   CIV 09-851 LFG/RHS          DATE:   November 10, 2009

TITLE:   *George v. United States*, et al.

COURTROOM CLERK:        L. Goldsmith
COURT REPORTER:

COURT IN SESSION:   1:30 p.m.
COURT IN RECESS:    1:35 p.m.
TOTAL TIME:         5 min.

TYPE OF PROCEEDING:   Motion Hearing on D's Motion for Extension of Time to File Answer

COURT'S RULINGS/DISPOSITION:   Motion granted; 7-day extension granted.

ATTORNEYS PRESENT FOR PLAINTIFF(S):     ATTORNEYS PRESENT FOR DEFENDANT(S):

James M. Manley                         Raymond Hamilton

PROCEEDINGS:

Court in Session:   1:30 p.m.

Court:   I'm calling because it's my practice to try to intervene early on matters that don't require a lot of briefing. I saw on the docket an opposed motion by Defendants for an extension of time to answer the complaint.
Addresses Hamilton: Why do you need additional time?

RH:   We're seeking 5 additional days, from Nov. 6 to Nov. 11, to file an answer. In reviewing the litigation report from the Forest Service, I think there is a good argument for dismissal based on lack of jurisdiction, and because the claim is clearly time-barred. The issue in this case is whether a gate should be opened or closed. It's picayune.

Ct:   But why do you need additional time to answer?

RH:   We're trying to determine whether to file a counterclaim.

Ct:   Addresses Manley: Why does P oppose the request?

JM:   Ms. George was cited for blocking an easement. That claim was dismissed by Magistrate Judge Riggs. Then Ms. George was cited again. Every day of delay

|       |   |
|---|---|
| | increases the chances of more criminal charges.  I'm concerned that a 5-day delay will lead to further delays. |
| Ct: | The only request before me right now is for one 5-day extension. |
| JM: | Every day this matter is delayed means that my client faces a greater chance of more criminal charges being brought. |
| Ct: | The Creed of Professionalism, applicable by Local Rule to attorneys practicing before this Ct, states that the parties should accommodate their opponents' reasonable requests for accommodation.  In the absence of a showing of any harm to P, I find that D's request is reasonable.  I will grant a 7-day extension of the time for filing an answer. |

Nothing further from either party.

COURT IN RECESS: 1:35 p.m.