IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANNE GEORGE,

        Plaintiff,

vs.                                      No. CIV 09-851 LFG/RHS

UNITED STATES OF AMERICA,
UNITED STATES FOREST SERVICE,
TOM VILSACK, Secretary of Agriculture,
THOMAS TIDWELL, Chief of the U.S.
Forest Service, HARV FORSGREN, Regional
Forester, Intermountain Region, RICHARD
MARKLEY, Forest Supervisor, Gila National
Forest, RUSSELL WARD, District Ranger,
Silver City Ranger District, Gila National
Forest,

        Defendants.

**ORDER GRANTING DEFENDANTS' MOTION
TO EXTEND TIME TO FILE ANSWER**

THIS MATTER comes before the Court on Defendants' Motion to Extend Time by Seven Days to File Answer [Doc. 7], filed October 6, 2009. Defendants indicated that Plaintiff opposes the Motion. Prior to expiration of the time for filing a Response, the Court conducted a telephonic hearing on the Motion.

Having heard the arguments of counsel and being fully advised in the premises, the Court finds that the Defendants' request for additional time is reasonable.

IT IS THEREFORE ORDERED that Defendants' Motion to Extend Time by Seven Days to File Answer [Doc. 7] is granted. Defendants will have until November 13, 2009 to file their Answer.

                                                    _Lorenzo F. Garcia_
                                                    Lorenzo F. Garcia
                                                    United States Magistrate Judge