**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

ANNE GEORGE,

       Plaintiff,

v.                                                                   Civ. No. 09-851 LFG/RHS

UNITED STATES OF AMERICA, et al.,

       Defendants.

**NOTICE OF WITHDRAWAL OF ENTRY OF
APPEARANCE OF ASSISTANT UNITED STATES  ATTORNEY RAYMOND
HAMILTON AND SUBSTITUTION OF ASSISTANT UNITED STATES
ATTORNEY MANUEL LUCERO**

Gregory J. Fouratt,  United States Attorney for the District of New Mexico, and

Raymond Hamilton, Assistant United States Attorney, respectfully, pursuant to

D.N.M.LR-CIV. 83.4 (b)  submit this pleading to withdraw the Entry of Appearance of

Assistant United States Attorney Raymond Hamilton, and to Substitute Assistant United

States Attorney Manuel Lucero as counsel for Federal Defendants/Federal

Counterclaimants in this cause.

                          Respectfully submitted,

                          GREGORY J. FOURATT
                          United States Attorney

                          Electronically Filed on 11/30/09
                          */s/ Manuel Lucero*
                          MANUEL LUCERO
                          Assistant United States Attorney
                          P.O. Box 607
                          Albuquerque, NM 87103
                          (505) 224-1467

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on November 30, 2009, I filed the foregoing pleading electronically through the CM/ECF system and caused counsel of record to be served electronically through the CM/ECF system.

*/s/ Manuel Lucero*        
MANUEL LUCERO
Assistant United States Attorney
