IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ANNE GEORGE, | ) |
| Plaintiff, | ) Case No. 09-cv-851-LFG-RHS |
| v. | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2009, I filed Plaintiff's ANSWER TO DEFENDANT UNITED STATES COUNTERCLAIMS electronically through the CM/ECF system and caused counsel of record to be served electronically through the CM/ECF system.


/s/ James M. Manley
James M. Manley

Respectfully submitted this 7th day of December 2009.

        MOUNTAIN STATES LEGAL FOUNDATION

        By: Submitted electronically

        James M. Manley, *admitted pro hac vice*
        Mountain States Legal Foundation
        2596 South Lewis Way
        Lakewood, Colorado 80227
        (303) 292-2021
        (303) 292-1980 (facsimile)
        jmanley@mountainstateslegal.com

        Paul M. Kienzle III
        P.O. Box 587
        Albuquerque, New Mexico 87103-0587
        (505) 246-8600
        (505) 246-8682 (facsimile)
        paul@kienzlelaw.com

        Attorneys for Plaintiff