IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANNE GEORGE,

    Plaintiff,

v.                                            No. 09-CV-851 LFG-RHS

UNITED STATES OF AMERICA,
et al.,

    Defendant.

## CERTIFICATE OF SERVICE OF DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST DISCOVERY REQUESTS

Defendant United States of America hereby certifies that on June 25, 2010, Defendant's Responses to Plaintiff's First Set of Interrogatories, Defendant's Responses to Plaintiff's First Set of Requests for Admissions, and Defendant's Responses to Plaintiff's First Set of Requests for Production, along with a copy of this Certificate of Service, were served by first-class mail on the following counsel of record: Jim Manley, Esq., Mountain States Legal Foundation, 2596 South Lewis Way, Lakewood, Colorado, 80227.

                                        Respectfully submitted,

                                        KENNETH J. GONZALES
                                        United States Attorney

                                        ***Electronically filed on 6/29/10***
                                        MANUEL LUCERO
                                        Assistant U.S. Attorney
                                        P.O. Box 607
                                        Albuquerque, NM 87103
                                        Phone: (505) 346-7274
                                        Fax: (505) 346-7205
                                        Email: manny.lucero@usdoj.gov